UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**WILLIAM J. ROPER (#502233)**

**VERSUS**

**STEVE RADER, WARDEN**

**CIVIL ACTION**

**NO. 13-572-JWD-RLB**

## O P I N I O N

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 27, 2015, to which an objection was filed:

**IT IS ORDERED** that the petitioner's application for habeas corpus relief is dismissed, with prejudice, as being without merit.

**IT IS FURTHER ORDERED** that, in the event that the petitioner seeks to pursue an appeal in this case, a certificate of appealability be denied.

Signed in Baton Rouge, Louisiana, on June 8, 2015.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**